UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Case No.: **19-80748-CRJ-13** |
| ) | | |
| **James R. Scruggs** ) | | Chapter **13** |
| xxx-xx-**9196** ) | | |
| **Pamela M. Scruggs** ) | | |
| xxx-xx-**4254** ) | | |
| Debtors, ) | | Adversary Proceeding |
| ) | | No.: |
| ) | | |
| ) | | |
| **Pamela M. Scruggs** ) | | |
| ) | | |
| ) | | |
| Plaintiff, ) | | |
| vs. ) | | |
| ) | | |
| **USDA Food & Nutrition Service** ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| ) | | |

COMPLAINT SEEKING RELEASE OF WAGE LEVY PURSUANT TO
11 U.S.C. SECTION 362

**COMES NOW** the Debtor, by and through her attorney and moves this Honorable Court to release the Wage Levy now pending on the Debtor's Social Security benefits and for grounds therefore, set out as follows:

1. The Debtor filed a Chapter 13 Petition and relief was ordered on **March 11, 2019.**

2. The following listed creditor filed a wage levy:

   **USDA Food & Nutrition Service**
   **Alabama DHR Office of Claims Recovery**
   **S Gordon Persons Building**
   **50 Ripley Street**
   **Montgomery, AL 36130**

   The Debtor's social security number is: xxx-xx-4254.

3. The Debtor receives social security benefits from and the garnishee is:

   **Social Security Administration**
   **4970 Research Drive, N.W.**
   **Huntsville, AL 35805**

4. The Debtor claimed all future property as exempt.

5. The Debtor represents that the creditor's debt is not for alimony or child support obligation.

6. The Social Security Administration has been proposed in the Plan to be paid.

   **WHEREFORE, PREMISES CONSIDERED,** the Plaintiff prays that this Court:

   a. Order Defendant to forthwith release the wage levy to the Debtor;

   b. Order such other relief as it just and proper.

        Respectfully submitted,

        BOND, BOTES, SYKSTUS,
        TANNER & EZZELL, P.C.

        /s/ Amy K. Tanner
        Ronald C. Sykstus
        Amy K. Tanner
        James W. Ezzell, Jr.
        Kathryn V. Davis
        Attorney for Debtor

OF COUNSEL:

BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801
(256) 539-9899

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this  8th  day of  April , 2019, served a copy of the foregoing Complaint on **Social Security Administration, 4970 Research Drive, NW, Huntsville, AL 35805, Social Security Administration, 1200 Rev Abraham Woods Jr. Blvd., Birmingham, AL 35285**, **Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346, Richard E. O'Neal, Assistant U.S. Attorney, Robert S. Vance Federal Building, Room 200, 1801 4th Avenue, North, Birmingham, Alabama 35203, William Barr, Attorney General, U.S. Department of Justice, Tax Division, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, US Department of Treasury, Bureau of the Fiscal Service, PO Box 1686, Birmingham, AL 35201-1686, USDA Food and Nutrition Service, Alabama DHR Office of Claims Recovery, S Gordon Persons Building, 50 Ripley Street, Montgomery, AL 36130 and Michele T. Hatcher, Chapter 13 Trustee,** by mailing the same by United States mail properly addressed and First Class Postage prepaid.

        /s/ Amy K. Tanner
        OF COUNSEL